RECEIVED

DEC 0 3 2021

**BY MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

CHARNEE ANDERSON )
)
Plaintiff, )
)
) Civil Case No. _____
v. )
) 4:21-cv-1106-AGF
BRIDGECREST . )
)
)
Defendant(s). )

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:_____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $_____, and my take-home pay or wages are:  $_____per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources (*check all that apply*):

(a) Business, profession, or other self-employment ___✔Yes      ___ No
(b) Rent payments, interest, or dividends          ___ Yes      ___ No
(c) Pension, annuity, or life insurance payments    ___ Yes      ___ No
(d) Disability or worker's compensation payments    ___ Yes      ___ No
(e) Gifts or inheritances                          ___ Yes      ___ No
(f) Any other sources                              ___ Yes      ___ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Self Employed - Aprox $3,600 Per Month

4. Amount of money that I have in cash or in a checking or savings account: $ 11.58 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Hyundai Santa Fe (Financed) Aprox Value $20,000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent - $ 1075.00
Car Note - $ 610.00
Utilities - Aprox $ 520.00
Credit Card - $ 58.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Daughter - N.B (Fully Support Alone) Aprox $ 600 Monthly
Son - A.J.    (Fully Support Alone)    Aprox $ 500 Monthly

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

_____
Applicant's Signature

Charnee Anderson
Printed Name

11-26-2021
Date



ST LOUIS MO  630

2021  PM 10 L

7021 0950 0002 1927 5297

FOREVER / USA

Office of the Clerk

United States District Court

111 S. Tenth St.

St. Louis, MO 63102

RECEIVED

DEC 0 3 2021

BY MAIL

63102-112325